IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02979-WYD-CBS

DAVID KAUFMAN,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Connecticut Foreign Corporation,
INTEL CORPORATION LONG TERM DISABILITY PLAN, an ERISA Welfare Benefit Plan, and
INTEL CORPORATION, a Delaware Foreign Corporation,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation to Dismiss With Prejudice (ECF No. 26), filed September 27, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the  Stipulation to Dismiss With Prejudice (ECF No. 26) is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:  September 28, 2011

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge